McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAMS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT; UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 2:18-cv-02402-MCE-DB <br><br> **STIPULATION AND ORDER RE: DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

# STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, that Defendants shall have up to and including April 12, 2019, to respond to the First Amended Complaint.

Dated: February 11, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendants

Dated: February 11, 2019

WELLS, SMALL, FLEHARTY & WEIL
A Law Corporation

By: /s/ *Bartley S. Fleharty* (authorized 2/11/2019)
BARTLEY S. FLEHARTY

Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: February 14, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE